REYMOND J. KIRCHER, PLAINTIFF-PETITIONER, v.
SAMUEL W. LOWENBERG, DEFENDANT-RESPONDENT.

*Mr. Michael G. Alenick* for the petitioner.

*Mr. Samuel W. Lowenberg, pro se.*

March 22, 1954.   Denied.

WILLIAM R. MESTICE, PLAINTIFF-PETITIONER, v. MARY
AND GEORGE FONG, DEFENDANTS-RESPONDENTS.

*Mr. William R. Mestice, in propria persona.*

March 22, 1954.   Denied.